UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| MACK W. SCHULTZ,<br><br>Plaintiff,<br><br>v.<br><br>CAROLYN W. COLVIN,<br>Commissioner of Social Security,<br><br>Defendant. | No.  2:14-CV-0324-JTR<br><br>ORDER GRANTING STIPULATED MOTION FOR REMAND PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g) |

**BEFORE THE COURT** is the parties' Stipulated Motion for Remand of the above-captioned matter to the Commissioner for additional administrative proceedings pursuant to sentence four of 42 U.S.C. § 405(g).  ECF No. 20. Attorney David L. Lybbert represents Plaintiff; Special Assistant United States Attorney Leisa A. Wolf represents Defendant.  The parties have consented to proceed before a magistrate judge.  ECF No. 7.  After considering the file, and proposed order, **IT IS ORDERED:**

    1.    The parties' Stipulated Motion For Remand, **ECF No. 20**, is **GRANTED**.  The above-captioned case is **REVERSED** and **REMANDED** to the Commissioner of Social Security for further administrative proceedings pursuant to sentence four of 42 U.S.C. § 405(g).

    On remand, a <u>**different**</u> administrative law judge (ALJ) shall hold a new hearing and:  (1) evaluate the medical opinion evidence, in particular but not limited to, the reports of Dr. Cash, Dr. Greenberg, Dr. Hale and Mr. Noble (co-signed by Dr. Tolley and Dr. Verhage), and provide specific reasoning for the

ORDER GRANTING STIPULATED MOTION FOR REMAND . . . - 1

weight given to the opinion evidence, discussing the evidentiary basis for conclusions; (2) consider all impairments, with consideration given to the severity of Plaintiff's headaches; (3) assess Plaintiff's maximum residual functional capacity (RFC), with consideration given to the opinions of all medical sources of record, and fashion a complete RFC determination; (4) provide specific reasoning for the weight given to the opinion evidence, discussing the evidentiary basis for conclusions along with adequate rationale for either accepting or rejecting medical opinions, and with consideration given to obtaining medical expert testimony; and (5) assess step five addressing whether Plaintiff is able to make a vocational adjustment to other work existing in significant numbers in the national economy, with the assistance of a vocational expert, ensuring that the vocational expert is provided a hypothetical consistent with the ultimate RFC determination.

The ALJ will take any other actions necessary to develop the record, and Plaintiff may submit additional evidence and arguments to the ALJ.

2. Judgment shall be entered for **PLAINTIFF**.

3. Plaintiff's Motion for Summary Judgment, **ECF No. 15**, is **STRICKEN AS MOOT**.

4. An application for attorney fees may be filed by separate motion.

The District Court Executive is directed to enter this Order, forward copies to counsel, and **CLOSE THE FILE**.

DATED June 11, 2015.



_____
JOHN T. RODGERS
UNITED STATES MAGISTRATE JUDGE

ORDER GRANTING STIPULATED MOTION FOR REMAND . . . - 2